IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 11-CV-01486-RPM-BNB

HERMES CONSOLIDATED, INC.
A Delaware corporation, d/b/a
Wyoming Refining Company,

        Plaintiff,

vs.

RED EAGLE OIL, INC., a Wyoming
corporation, f/k/a Hinze, Inc., d/b/a
Hinze Oil Company, and
BRAD HINZE, an individual,

        Defendants.

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS RED EAGLE OIL, INC. AND BRAD HINZE

**COMES NOW**, Defendants Red Eagle Oil, Inc. and Brad Hinze, by and through their undersigned counsel, and respectfully submit their Answer and Affirmative Defenses to the Complaint filed herein:

### PARTIES

1.    Defendants Red Eagle Oil, Inc. and Brad Hinze (hereinafter Defendants), are without sufficient information and belief as to the allegations in paragraph 1 of the Complaint and therefore deny the same.

2.    Defendants admit the allegations contained in paragraph 2 of the Complaint.

1

3. Defendants admit the allegations contained in paragraph 3 of the Complaint.

## JURISDICTION

4. Defendants admit the allegations contained in paragraph 4 of the Complaint.

5. Defendants admit the allegations contained in paragraph 5 of the Complaint.

6. Defendants admit the allegations contained in paragraph 6 of the Complaint.

7. Defendants admit the allegations contained in paragraph 7 of the Complaint.

## STATEMENT OF FACTS

### A. The 1999 Agreement Between Wyoming Refining and Red Eagle

8. Defendants, in response to the allegations contained in paragraph 8 of the Complaint, admit that Exhibit 1 is attached to the Complaint and affirmatively state that it speaks for itself. Defendants further admit that Brad Hinze signed the agreement as treasurer, but affirmatively state that Hinze Inc. was not a trade name, but rather the former name of Red Eagle Oil, Inc.

9. Defendants, in response to the allegations contained in paragraph 9 of the Complaint, admit that Exhibit 1 is attached to the Complaint and affirmatively state that it speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 1 that are inconsistent with its terms.

10. Defendants, in response to the allegations contained in paragraph 10 of the Complaint, admit that Exhibit 1 is attached to the Complaint and affirmatively state that it speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 1 that are inconsistent with its terms.

11. Defendants, in response to the allegations contained in paragraph 11 of the

Complaint, affirmatively state that Exhibit 1 speaks for itself and that the allegations contained in paragraph 11 are a legal conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations contained in Paragraph 11 of the Complaint. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 1 that are inconsistent with its terms.

### B. Mr. Hinze's Personal Guarantee of Red Eagle's Obligations.

12. Defendants, in response to the allegations contained in paragraph 12 of the Complaint, affirmatively state that Exhibit 2 is attached to the Complaint and that it speaks for itself. Defendants admit that Exhibit 2 was signed by Defendant Brad Hinze, but are without sufficient information and belief as to the remaining allegations and therefore deny the same. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 2 that are inconsistent with its terms.

13. Defendants state that Exhibit 2 speaks for itself in response to the allegations contained in paragraph 13 of the Complaint. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 2 that are inconsistent with its terms.

14. Defendants state that Exhibit 2 speaks for itself in response to the allegations contained in paragraph 14 of the Complaint but also admit that no notice has been provided by Defendant Brad Hinze. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 2 that are inconsistent with its terms.

15. Defendants, in response to the allegations contained in paragraph 15 of the Complaint, affirmatively state that Exhibit 2 speaks for itself and that the allegations contained in paragraph 15 are a legal conclusion to which no response is required. To the extent that a response

is required, Defendants deny the allegations contained in Paragraph 15 of the Complaint. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 2 that are inconsistent with its terms.

### C. Red Eagle's Performance Under the Agreement

16. With respect to the allegations contained in paragraph 16 of the Complaint, Defendants deny the allegations in the first sentence thereof. Defendants admit the second sentence.

17. Defendants, in response to the allegations contained in paragraph 17, admit Exhibit 3 is attached thereto and that it speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 3 that are inconsistent with its terms. Defendants further admit that the product was delivered. Defendants are without sufficient information and belief as to the remaining allegations therein and therefore deny the same.

18. Defendants are without sufficient information and belief as to the allegations contained in paragraph 18 of the Complaint and therefore deny the same.

19. In response to the allegations contained in paragraph 19 of the Complaint admit that the conversation took place and the substance thereof. Defendants are without sufficient information and belief as to the remaining allegations contained therein and therefore deny the same.

20. Defendants admit that they received the product alleged in paragraph 20 of the Complaint, but deny all the remaining allegations contained therein.

21. Defendants, in response to the allegations contained in paragraph 21 of the Complaint, admit that they received the product reference and that Exhibit 4 is attached, but affirmatively state that it speaks for itself. Defendants deny all characterizations or inferences by the

Plaintiffs of Exhibit 4 that are inconsistent with its terms. Defendants are without sufficient information and belief as to the remaining allegations and therefore deny the same.

22. Defendants are without sufficient information and belief as to the allegations contained in paragraph 22 of the Complaint and therefore deny the same.

23. Defendants are without sufficient information and belief as to the allegations contained in paragraph 23 of the Complaint and therefore deny the same.

24. Defendants are without sufficient information and belief as to the allegations contained in paragraph 24 of the Complaint and therefore deny the same. Defendants admit that Exhibit 5 is attached to the Complaint but assert that it speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 5 that are inconsistent with its terms.

25. In response to the allegations contained in paragraph 25 of the Complaint, Defendants admit that Exhibit 5 is attached to the Complaint but assert that it speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 5 that are inconsistent with its terms.

26. Defendants are without sufficient information and belief as to the allegations contained in paragraph 26 of the Complaint and therefore deny the same.

27. In response to the allegations contained in paragraph 27 of the Complaint, Defendants admit that Exhibit 6 is attached to the Complaint but assert that it speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 6 that are inconsistent with its terms.

28. In response to the allegations contained in paragraph 28 of the Complaint, Defendants again admit that Exhibit 6 is attached to the Complaint but assert that it speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 6 that are inconsistent with its

terms.

29.     Defendants are without sufficient information and belief as to the allegations contained in paragraph 29 of the Complaint and therefore deny the same.

### D.  Wyoming Refining's Collection Efforts.

30.     In response to paragraph 30 of the Complaint, Defendants admit that Exhibit 7 is attached to the Complaint but assert that it speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 7 that are inconsistent with its terms.

31.     Defendants, in response to paragraph 31 of the Complaint assert that it is a legal conclusion to which no response is required. To the extent that a response is required, Defendants deny the allegations contained therein.

32.     In response to paragraph 32 of the Complaint, Defendants admit that Exhibit 8 is attached to the Complaint but assert that it speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of Exhibit 8 that are inconsistent with its terms.

33.     Defendants are without sufficient information and belief as to the allegations contained in paragraph 33 of the Complaint and therefore deny the same.

### FIRST CLAIM FOR RELIEF
### (Breach of Contract (Agreement) - Red Eagle)

34.     Defendants incorporate by reference all of their responses to the allegations contained in paragraphs 1 through 33 of the Complaint.

35.     Defendants, in response to paragraph 35 of the Complaint assert that it is a legal conclusion to which no response is required.

36. In response to paragraph 36 of the Complaint, Defendants admit that they received petroleum products from Plaintiff during the stated time period, but deny the remaining allegations of the paragraph.

37. Defendants are without sufficient information and belief as to the allegations contained in paragraph 37 of the Complaint and therefore deny the same.

38. In response to paragraph 38 of the Complaint, Defendants admit that some payments have not been made, but deny the remaining allegations contained therein.

39. Defendants are without sufficient information and belief as to the allegations contained in paragraph 39 of the Complaint and therefore deny the same.

### SECOND CLAIM FOR RELIEF
**(Violation of C.R.S. § 13-21-109 - Red Eagle)**

40. Defendants incorporate by reference all of their responses to the allegations contained in paragraphs 1 through 39 of the Complaint.

41. Defendants, in response to paragraph 40 of the Complaint, admit that they received product from Plaintiff during the stated time period, but deny the remaining allegations.

42. Defendants are without sufficient information and belief as to the allegations contained in paragraph 42 of the Complaint and therefore deny the same.

43. Defendants are without sufficient information and belief as to the allegations contained in paragraph 43 of the Complaint and therefore deny the same.

44. In response to the allegations contained in paragraph 44 of the Complaint, Defendants assert that they are legal conclusions to which no response is required. To the extent that a response

is required, they are denied.

45.     In response to the allegations contained in paragraph 45 of the Complaint, Defendants admit that some payment has not been made, but deny the application of the cited statute.

46.     Defendants deny the allegations contained in paragraph 46 of the Complaint.

47.     Defendants deny the allegations contained in paragraph 47 of the Complaint.

### THIRD CLAIM FOR RELIEF
### (Fraud - Red Eagle)

48.     Defendants incorporate by reference all of their responses to the allegations contained in paragraphs 1 through 47 of the Complaint.

49.     Defendants deny the allegations contained in paragraph 49 of the Complaint.

50.     Defendants deny the allegations contained in paragraph 50 of the Complaint.

51.     Defendants deny the allegations contained in paragraph 51 of the Complaint.

52.     In response to paragraph 52 of the Complaint, Defendants assert the document speaks for itself.

53.     Defendants deny the allegations contained in paragraph 53 of the Complaint.

54.     Defendants deny the allegations contained in paragraph 54 of the Complaint.

55.     In response to paragraph 55 of the Complaint, Defendants are without sufficient information and belief as to the first sentence thereof and deny the same. Defendants admit the substance of the remaining allegations in that paragraph.

56.     Defendants are without sufficient information and belief as to the allegations contained in paragraph 56 of the Complaint and therefore deny the same.

57. Defendants are without sufficient information and belief as to the allegations contained in paragraph 57 of the Complaint and therefore deny the same.

58. In response to the allegations contained in paragraph 58 of the Complaint, Defendant deny any scheme or allegations related thereto. Defendants are without sufficient information and belief as to the remaining allegations and therefore deny the same.

59. Defendants deny the allegations contained in paragraph 59 of the Complaint.

60. Defendants deny the allegations contained in paragraph 60 of the Complaint.

### FOURTH CLAIM FOR RELIEF
### (Civil Theft - Red Eagle)

61. Defendants incorporate by reference all of their responses to the allegations contained in paragraphs 1 through 60 of the Complaint.

62. Defendants deny the allegations contained in paragraph 62 of the Complaint.

63. Defendants deny the allegations contained in paragraph 63 of the Complaint.

64. Defendants deny the allegations contained in paragraph 64 of the Complaint.

65. Defendants deny the allegations contained in paragraph 65 of the Complaint.

### FIFTH CLAIM FOR RELIEF
### (Conversion - Red Eagle)

66. Defendants incorporate by reference all of their responses to the allegations contained in paragraphs 1 through 65 of the Complaint.

67. Defendants are without sufficient information and belief as to the allegations contained in paragraph 67 of the Complaint and therefore deny the same. In addition, the allegations are a legal conclusion to which no response is required.

68. Defendants deny the allegations contained in paragraph 68 of the Complaint.

69. Defendants deny the allegations contained in paragraph 69 of the Complaint.

70. Defendants are without sufficient information and belief as to the allegations contained in paragraph 70 of the Complaint and therefore deny the same.

71. Defendants deny the allegations contained in paragraph 71 of the Complaint.

72. Defendants deny the allegations contained in paragraph 72 of the Complaint.

## SIXTH CLAIM FOR RELIEF
### (Reclamation of Goods: C.R.S. § 4-2-702 - Red Eagle)

73. Defendants incorporate by reference all of their responses to the allegations contained in paragraphs 1 through 72 of the Complaint.

74. Defendants admit the allegations contained in paragraph 74 of the Complaint.

75. Defendants deny the allegations contained in paragraph 75 of the Complaint.

76. Defendants deny the allegations contained in paragraph 76 of the Complaint.

77. Defendants deny the allegations contained in paragraph 77 of the Complaint.

78. Defendants deny the allegations contained in paragraph 78 of the Complaint.

## SEVENTH CLAIM FOR RELIEF
### (Negligent Nondisclosure - Red Eagle)

79. Defendants incorporate by reference all of their responses to the allegations contained in paragraphs 1 through 78 of the Complaint.

80. Defendants admit the allegations contained in paragraph 80 of the Complaint.

81. Defendants are without sufficient information and belief as to the allegations contained in paragraph 81 of the Complaint and therefore deny the same.

82. Defendants deny the allegations contained in paragraph 82 of the Complaint.

83. Defendants deny the allegations contained in paragraph 83 of the Complaint.

84. Defendants deny the allegations contained in paragraph 84 of the Complaint. In addition, Defendants assert that paragraph 84 is a legal conclusion to which no response is required.

85. Defendants deny the allegations contained in paragraph 85 of the Complaint.

## EIGHTH CLAIM FOR RELIEF
### (Breach of Contract (Guaranty) - Brad Hinze)

86. Defendants incorporate by reference all of their responses to the allegations contained in paragraphs 1 through 85 of the Complaint.

87. In response to paragraph 87 of the Complaint, Defendants assert the document speaks for itself. Defendants deny all characterizations or inferences by the Plaintiffs of the document that are inconsistent with its terms.

88. In response to paragraph 88 of the Complaint, Defendants admit that product was delivered to Red Eagle but are without sufficient information as to the remaining allegations and therefore deny the same.

89. Defendants admit the allegations contained in paragraph 89 of the Complaint but deny the amount thereof.

90. As to paragraph 90, Defendants admit that there has been a failure to pay, but dispute the amount thereof.

91. Defendants admit the allegations contained in paragraph 91 of the Complaint, but deny the amount thereof.

92. Defendants admit the allegations contained in paragraph 92 of the Complaint, but deny the amount thereof.

93. Defendants admit the allegations contained in paragraph 93 of the Complaint, but deny the amount thereof.

94. Defendants deny the allegations contained in paragraph 94 of the Complaint.

95. To the extent that any allegation in the Complaint has not been specifically addressed, it is hereby denied by the Defendants.

## **AFFIRMATIVE DEFENSES**

As their affirmative defenses to the allegations contained in Plaintiff's Complaint, Defendants state and aver:

1. Plaintiff's Complaint fails to state any claim upon which relief can be granted.

2. Plaintiff's claims, or some of them, fail to satisfy the statute of frauds.

3. Plaintiff's claims, or some of them are barred by the doctrine of accord and satisfaction.

4. Plaintiff's claims, or some of them, are barred by the doctrines of waiver.

5. Plaintiff's claims, or some of them, are barred by the doctrine of estoppel.

6. Plaintiff's claims, or some of them, are barred by the doctrine of ratification.

7. Plaintiff's claims, or some of them, are barred by the failure of consideration.

8. Defendants reserve the right to add such additional affirmative defenses as may be revealed during these proceedings.

**WHEREFORE** Defendants Red Eagle Oil, Inc. and Brad Hinze respectfully request that

the Court:

1. Deny Plaintiff any relief;

2. Award Defendants their costs and fees incurred in defending this action, and

3. Award such further and additional relief in its favor as the Court deems just and appropriate under the circumstances.

Dated this 8th day of July, 2011.

/s/ *Steven G. Greenlee*
Steven G. Greenlee
**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, CO 80112
303-792-5595
303-708-0527 FAX
sgreenlee@burgsimpson.com
*ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS RED EAGLE OIL, INC. AND BRAD HINZE** were duly served this 8th day of July, 2011, to each of the following via ECF Filing and/or facsimile and/or U.S. Mail postage prepaid:

Andrew Petrie
Christopher T. Patrick
Featherstone Petrie DeSisto, LLP
600 17th Street, Ste. 2400-S
Denver, CO 80202
Telephone: (303) 626-7100
Facsimile:  (303) 626-7101
E-mail: apetrie@featherstonelaw.com
cpatrick@featherstonelaw.com

/s/  *Joreen Hensley*
Joreen Hensley