IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01486-RPM

HERMES CONSOLIDATED, INC.,

     Plaintiff,
v.

RED EAGLE OIL, INC., f/k/a Hinze, Inc., d/b/a Hinze Oil Company, and
BRAD HINZE,

     Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **August 18, 2011, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on August 11, 2011.**

     The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

     Dated:  July 14th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge