# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-01486-RPM

HERMES CONSOLIDATED, INC., a Delaware corporation,
d/b/a Wyoming Refining Company,

      Plaintiff,

vs.

RED EAGLE OIL, INC., a Wyoming corporation,
f/k/a Hinze, Inc., d/b/a Hinze Oil Company, and
BRAD HINZE, an individual,

      Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO AMEND
JUDGMENT AS TO DEFENDANT BRAD HINZE**
_____

This matter is before the Court on Hermes Consolidated, Inc., d/b/a Wyoming Refining Company's unopposed motion to amend Judgment As To Defendant Brad Hinze, and the Court finding good cause therefor

ORDERS that the Judgment As To Defendant Brad Hinze [ECF No. 21] is amended and instructs the Clerk to enter an amended Judgment As To Defendant Brad Hinze, *nunc pro tunc* to September 29, 2011, to read as follows:

ORDERED AND ADJUDGED that judgment is entered for plaintiff Hermes Consolidated, Inc., d/b/a Wyoming Refining Company, and against the defendant Brad Hinze, for recovery of $737,349.64, plus $22,654.30 in contractual interest on that amount from April 18 through September 29, 2011, and attorneys' fees, costs, and expenses Wyoming Refining necessarily incurred to collect Red Eagle Oil, Inc.'s indebtedness. Attorneys' fees, costs, and expenses to be determined upon a bill of costs and application for attorneys' fees to be filed pursuant to FED. R. CIV. P. 54(d)(2).

DATED: October 11th, 2011.

                                                  BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge